1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

GUILLERMO MATA, et al,

        Plaintiffs,

v.

REDFIN CORP., et al

        Defendants.

CASE NO.  24-CV-1094- L-BJC

**ORDER GRANTING JOINT MOTION TO STAY ACTION [ECF NO. 17]**

    Pending before the Court is the parties' Joint Motion to Stay Action Pending Individual Arbitration. Good cause appearing, the Court GRANTS the parties' joint motion. Accordingly, this matter is stayed pending completion of binding individual arbitration of Plaintiff's claims before the AAA. All dates are vacated, including the hearing on Defendant Redfin Corporation's Motion to Compel Arbitration or, in the Alternative, Motion to Dismiss First Amended Complaint.

    The parties shall file a joint status report **on or before February 5, 2025**, updating the Court on the status of arbitration. The parties shall file a joint status report within fourteen (14) days of completion of individual arbitration proceedings or on October 25, 2025, whichever first occurs.

1      Failure to timely comply with this provision will result in dismissal pursuant

2  to Federal Rule of Civil Procedure 41(b).

3      **IT IS SO ORDERED.**

4

5  Dated:  October 30, 2024

6

7  Hon. M. James Lorenz
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:21-CV-01120-L-JLB
ORDER GRANTING JOINT MOTION TO
STAY ACTION

11219535.2