**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

GUILLERMO MATA, et al,

Plaintiffs,

v.

REDFIN CORP., et al

Defendants.

CASE NO. 24-CV-1094- L-BJC

**ORDER DENYING MOTIONS TO COMPEL ARBITRATION AS MOOT [ECF NO. 7, 16]**

Pending before the Court are two Motions to Compel Arbitration filed by Defendant Redfin. [ECF Nos. 7, 16.] On October 30, 20204, the Court granted a Joint Motion to Stay Action Pending Individual Arbitration. Accordingly, the Motions to Compel Arbitration are denied as moot.

**IT IS SO ORDERED.**

Dated: October 30, 2024

Hon. M. James Lorenz
United States District Judge