Timothy P. Kingsbury (SBN NO. 6329936)
(admitted *pro hac vice*)
KINGSBURY LAW LLC
8 S. Michigan Ave., Ste. 2600
Chicago, Illinois 60603
Tel: (312) 291-1960
tim@kingsburylawllc.com

Ani Nazaryan (CA SB No. 351886)
KERKONIAN DAJANI, LLP
15915 Ventura Blvd., Ste. 203
Encino, California 91436
Tel: (312) 416-6180
anazaryan@kerkoniandajani.com

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO MATA, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>REDFIN CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.: 24-CV-1094-L-BLM<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Guillermo Mata hereby voluntarily dismisses this action with prejudice, with each party to bear its own fees and costs.

| | |
|---|---|
| | Respectfully submitted, |
| DATED:  February 5, 2025 | TIMOTHY P. KINGSBURY<br>**KINGSBURY LAW LLC**<br><br>ANI NAZARYAN<br>**KERKONIAN DAJANI, LLP**<br><br>/s/ *Timothy P. Kingsbury*<br>Timothy P. Kingsbury<br><br>Attorneys for Plaintiff<br>**GUILLERMO MATA** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record.

DATED: February 5, 2025

                                        */s/ Timothy P. Kingsbury*
                                        Timothy P. Kingsbury